## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SMEEZ, INC., | ) | |
| *individually and on behalf of all others* | ) | |
| *similarly situated doing business as* | ) | |
| Big Daddy's Disco Diner, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-1132-DWD |
| | ) | |
| BADGER MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL ACTION

DUGAN, District Judge:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 22, 2021 (Doc. 36) this action is **DISMISSED with prejudice** and without leave to amend.

**IT IS SO ORDERED.**

DATED: March 22, 2021

> **MARGARET M. ROBERTIE, Clerk of Court**
> *s/ Dana M. Winkeler*_____
> **Deputy Clerk**

Approved: *s/ David W. Dugan*
David W. Dugan, U.S. District Judge